# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INPONE OMDARA,<br><br>                Petitioner,<br><br>   v.<br><br>KRISTI NOEM, *et al.*,<br><br>                Respondents. | Case No. 25-cv-02834-BAS-MMP<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER (ECF No. 3)** |

Petitioner Inpone Omdara filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) To preserve its jurisdiction, the Court found it appropriate to enjoin Respondents from removing Petitioner to a country other than Laos without notice and an opportunity to be heard. (ECF No. 4.) The Court noted that its temporary restraining order would expire fourteen days after entry unless extended by the Court. (*Id.*) The Court needs time to hear the Petition and consider the parties' briefs. Therefore, for good cause, the Court extends the temporary restraining order for an additional fourteen days. *See* Fed. R. Civ. P. 65(b)(2).

    **IT IS SO ORDERED.**

DATED: November 7, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

25cv2834