# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

INPONE OMDARA,

Petitioner,

v.

KRISTI NOEM, *et al.*,

Respondents.

Case No. 25-cv-02834-BAS-MMP

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

Petitioner Inpone Omdara filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, as well as a Motion for Injunctive Relief. (ECF Nos. 1, 3.) After a hearing, the Court granted in part the Motion for Injunctive Relief. (ECF No. 12.) The Court denied the request for immediate release but prohibited the Government from removing Omdara to a country other than Laos without notice and an opportunity to be heard. (*Id.*) The Court also required the Government to file status updates concerning Omdara's continued detention and the Government's efforts to effectuate his removal. (*Id.*)

On December 1, 2025, the Government filed a Notice of Execution of Removal Order. (ECF No. 13.) The Government reports that "Petitioner was removed from the

- 1 -

25cv2834

United States to Laos on November 22, 2025." (*Id.*)  Accordingly, the Court **DISMISSES AS MOOT** the Petition.  The Clerk of Court is directed to close the case.

     **IT IS SO ORDERED.**

**DATED: December 3, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv2834